UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Joseph Tuffley,
      Plaintiff,

v.                                                          Case: 8:21-cv-T-70-JSM-JSS

Metropolitan Life Insurance Company,
      Defendant,

_____/

## MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 5/3/2022 at the ZOOM mediation conference:

( xx ) Plaintiff/Counsel Appeared                ( ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared              ( ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
**William S. Coffman, Jr., Esq.**
**Coffman Law**
**15436 N Florida Ave Suite 103**
**Tampa FL  33613**

DEFENDANT'S ATTORNEY/FIRM:
**Latanae Parker, Esq.**
**Maynard Cooper Gale, PC**
**9100 S. Dadeland Blvd, Suite 1500**
**Miami, FL 33156**

**RESULTS**: *(Mediation Results Report will be filed electronically)*
( xx )    Full Settlement Agreement
( )      Partial Settlement Agreement
( )      No Settlement Agreement
( )      Continued (Date)

                                                /s/ Jack L Townsend, Sr.
                                           Jack L. Townsend, Sr., Mediator
                                           6408 East Fowler Ave. Tampa, Fl 33617
                                           (813) 914-7363